IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| BRANDON RUNNELS AND LARENA RUNNELS, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | CASE NO. 3:21-cv-00082-CHB |
| EQUIFAX INFORMATION SERVICES, LLC, ET AL., | ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES Plaintiffs, Brandon and Larena Runnels, pursuant to Fed. R. Civ. P. 41(a)(1)(A) and hereby files this Notice of Voluntary Dismissal with prejudice of the above-referenced action against Defendant, Equifax Information Services, LLC., only, who has neither filed an Answer nor Motion for Summary Judgment in this action. Each party shall bear their/its own fees.

Respectfully submitted this 12th day of May, 2021.

HEMMINGER LAW OFFICE, PSC

/s/ *David W. Hemminger*
David W. Hemminger
HEMMINGER LAW OFFICE, P.S.C.
331 Townepark Circle, Suite 100-C
Louisville, KY 40243
Tel: (502) 443-1060
Fax: (502) 873-5300
Email: hemmingerlawoffice@gmail.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of May, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record.

*/s/ David W. Hemminger*
David W. Hemminger