UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| BRANDON RUNNELS, et al., ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 3:21-CV-082-CHB |
| ) | |
| v. ) | |
| ) | **ORDER DISCHARGING SHOW** |
| EQUIFAX INFORMATION SERVICES, ) | **CAUSE ORDER AND** |
| LLC, et al., ) | **ORDER DISMISSING EQUIFAX** |
| ) | **INFORMATION SERVICES, LLC,** |
| Defendants. ) | **WITH PREJUDICE** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

On May 11, 2021, a Show Cause Order was entered ordering the Plaintiffs to show cause as to why their claims in this matter against Defendant Equifax Information Services, LLC, should not be dismissed for Rule 4(m) non-compliance [R. 7]. In response, Plaintiffs filed a Notice of Voluntary Dismissal of their claims against Defendant Equifax Information Services, LLC [R. 8]. Plaintiffs having filed a Notice of Voluntary Dismissal, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. The Court's Show Cause Order [**R. 7**] is hereby **DISCHARGED**.

2. Plaintiffs Brandon Runnels and Larena Runnels' claims in this matter against Defendant Equifax Information Services, LLC, are **DISMISSED WITH PREJUDICE**.

This the 13th day of May, 2021.



CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc: Counsel of Record