IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

BRANDON RUNNELS AND )
LARENA RUNNELS, )
           )
          Plaintiffs, )
           )
vs. )     CASE NO. 3:21-cv-00082-CHB
           )
EQUIFAX INFORMATION )
SERVICES, LLC, ET AL., )
           )
           )
          Defendant. )

** ** ** **

**NOTICE OF SETTLEMENT**

Comes the Plaintiffs, Brandon and Larena Runnels, and hereby notifies the Court that Plaintiffs have settled their claims against Defendant, Trans Union, LLC, and will file an Agreed Order of Dismissal of Trans Union, LLC as soon as possible.

          Respectfully submitted,

          */s/David W. Hemminger*
          David W. Hemminger
          HEMMINGER LAW OFFICE, PSC
          331 Townepark Circle, Suite 100-C
          Louisville, KY 40243
          (Tel) 502.443.1060
          (Fax) 502.873.5300
          hemmingerlawoffice@gmail.com
          *Counsel for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 17th day of June, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

*/s/David W. Hemminger*
David W. Hemminger