UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| BRANDON RUNNELS, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>EQUIFAX INFORMATION SERVICES, )<br>LLC, et al., )<br>)<br>Defendants. ) | Civil Action No. 3:21-CV-082-CHB<br><br>**ORDER DISCHARGING SHOW CAUSE ORDER AND DISMISSING DEFENDANT TRANS UNION, LLC, WITH PREJUDICE** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on Plaintiffs Brandon and Larena Runnels' and Defendant Trans Union, LLC's, Stipulation of Dismissal [R. 15] filed in response to the Court's Show Cause Order [R. 14]. Plaintiffs Brandon and Larena Runnels and Defendant Trans Union, LLC, having filed a Stipulation of Dismissal, and with the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. The Court's Show Cause Order [**R. 14**] is hereby **DISCHARGED**.

2. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this matter is **DISMISSED WITH PREJUDICE** as to Defendant Trans Union, LLC, all dates and deadlines are hereby **VACATED**, and this matter is **STRICKEN** from the Court's active docket, with each party to bear its own costs and fees.

This the 13th day of August, 2021.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc: Counsel of Record